■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD R. McCLEARY, Appellant. [700 NYS2d 922] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SANCHEZ, Appellant. [700 NYS2d 922] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him after a jury trial of murder in the second degree (Penal Law § 125.25 [3]) and manslaughter in the first degree (Penal Law § 125.20). We conclude that the verdict is not contrary to the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). Although defendant's confession contains some factual discrepancies, issues concerning those discrepancies and the credibility of prosecution witnesses concerning the voluntariness of the confession were for the jury to decide, and there is no basis in the record to disturb the jury's resolution of those issues (*see, People v Torres*, 245 AD2d 1124, 1126, *lv denied* 91 NY2d 978). Supreme Court did not abuse its discretion in precluding defendant from cross-examining police witnesses concerning the credibility of an eyewitness who made statements shortly after the crime and who did not testify at trial (*cf., People v Delancy*, 254 AD2d 815, *lv denied* 92 NY2d 1048). (Appeal from Judgment of Supreme Court, Monroe County, Wisner, J.—Murder, 2nd Degree.) Present—Denman, P. J., Green, Pigott, Jr., Hurlbutt and Balio, JJ.